Russell B. Johnson, Christiansted, St. Croix, V. I., for appellant.

Robert M. Carney, U. S. Atty., Charlotte Amalie, St. Thomas, V. I., for appellee.

Before KALODNER, STALEY and ADAMS, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM:

This is an appeal from a conviction of second degree murder. Appellant contends, *inter alia*, that the use at trial of a statement made by his co-defendant was error under the rule of Bruton v. United States, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968). That case prohibited the use of a statement against a defendant which incriminated a co-defendant. The court recognized that an admonition by the judge will not erase from the minds of the jury those admissions of the declarant which implicate the non-declarant. In the instant case, however, the statement read to the jury contained nothing that implicated or incriminated appellant.

*Bruton*, supra, was grounded on the denial of a defendant's right to confront witnesses against him. If his co-defend-

Gene **BALL**, Plaintiff-Appellant,

v.

**BOARD OF TRUSTEES OF KERRVILLE INDEPENDENT SCHOOL DISTRICT et al., Defendants-Appellees.**

No. 30063.

United States Court of Appeals, Fifth Circuit.

May 4, 1971.

Joe Mike Egan, Jr., Kerrville, Tex., for appellant.

Lavern D. Harris, Kerrville, Tex., for appellees.

ON PETITION FOR REHEARING AND PETITION FOR RE-HEARING EN BANC

Before JONES, GEWIN and CLARK, Circuit Judges.

PER CURIAM:

The opinion originally issued in this case, 434 F.2d 1040, is hereby withdrawn and the following opinion is substituted therefor:

Judgment affirmed. See Local Rule 21.[1]

The Petition for Rehearing is denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also denied.

Edward J. Witten, Court Appointed, Jacksonville, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.**

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

